MAR 9 2026 AM 11:59
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Harold James,
　　　Plaintiff,

v.

Kia of East Hartford,
　　　Defendant(s).

Case No. _____
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 99 Ash St. East Hartford CT. 06108

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 299 Courtland Ave Waterbury CT. 06705

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____

(B) ☑ Termination of my employment. I was terminated from my employment on the following date: __1-31-25__.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☑ Other acts as specified below: __Was not offer my previous position back__

2

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [☑], color [☑], religion [ ], sex [ ], age [ ], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

See Attach sheet

_____

_____

_____

_____

_____

7. The approximate number of persons who are employed by the Defendant employer I am suing is: GROUND 80+.

8. The alleged discrimination occurred on or about the following date(s) or time period: 9-18-2024 .

3

HAROLD JAMES 523-2025-00531
299 COURTLAND AVE
WATERBURY, CT 06705
860-417-8732

ON SEPTEMBER 18, 2024 AT AROUND 3:55 PM A TECH HAD PULL IN A VEHICLE IN THE SHOP A FORF TAURUS BLACK IT WAS AN X POLICE VEHICLE CHRIS MORGADO WHO IS THE SERVICE DIRECTOR SAID TO ME HOW MANY TIMES HAVE I BEEN IN THE BACK SEAT AS HE HELD THE BACK DOOR OPEN I AM A BLACK MALE AN FELT VERY DISTURB BY WHAT HE SAID AND I DID NOT RESOND TO HIS QUESTION INSTEAD I HELD MY HEAD DOWN AS THI BOTHER ME DEEPLY. I REPORTED THIS INCIDENT TO THE OFFICE CONTROLLER/HR PERSONALYSIA CYRS ON SEPTEMBER 20,2024 SHE AGREED WITH ME THAT WHAT HE SAID WAS NOT GOOD AS CHRIS MORGADO ONLY BEEN WORKING AT KIA OF EAST HARTFORD FOR OVER A WEEK AND HALF HE HAS NO RIGHT TO MAKE SUCH COMMENTS. ON SEPTEMBER 24, 2024 CHRIS MYSELF AND ALYSIA WENT TO HER OFFICE TO DISCUSS THE EVENT THAT TOOK PLACE ON SEPTEMBER 18,2024, CHRIS STATED HE IS NOT PREJUDICE AND WHAT HE SAID TO PROVE HE WASN'T PREJUDICE HE DATED WOMEN OF DIFFERENT ETHNICITY AS I FELT UNCOMFORTABLE WHAT DOES HIS PERSONAL PERFRENCE IN WOMEN HAVE TO DO WITH HIS COMMENT ON SEPTEMBER18,2024 THIS JUST MAKES IT WORSE I WAS IN DISBELIEF OF WHAT HE SAID. AS I FACE RACISM IN THE WORKFORCE I DO SEE A THERAPIST TO HELP ME COUP WITH THESE EVENTS I AM STRESSED OUT.
ON SEPTEMBER 19,2024 I WAS THE ONLY ADVISOR WRITTEN UP FOR VEHICLES DOUBLE CHARGE FOR DETAIL DONE BY AN OUTSIDE COMPANY I STATED AN SHOW PROOF THAT THE DETAIL COMPANY WOULD GO TO DIFFERENT ADVISORS WITH SAME VEHICLES TO GET PAID ALSO UPPER MANAGEMENT WOULD BRING REPAIR ORDERS THEY WANT CLOSE RIGHT AWAY I DID NOT SIGN WARNING AS I DID NOT AGREE WITH IT AND STATED MY DEFENSE.



**KIA OF EAST HARTFORD**
*"A Dobbs Automotive Company"*

Date: 9/19/24

Employee Name: Harold James

Date of disciplinary action: 9/19/24

Form of current discipline:

- o  Verbal Warning
- ☒  Written Warning
- o  Suspension (number of days): _____
- o  Termination

Please select all that apply:

- o  Attendance/Tardiness
- ☒  Performance
- o  Timeliness on projects
- o  Other (please explain):

Employee did not Perform necessary checks for Clean's being Applied to Used and New Vehicles, Resulting in the Service Department being charged Back.

Corrective Action to be taken:

Employee will Double check all get Ready Sheets from Sales for a manager signature. Employee will verify if Vehicles have been Already Inspected prior to RO being written up.

Date to be completed: _____

Discipline action to follow if corrections aren't made by (date): 10/31/24

- o  Verbal Warning
- o  Written Warning
- ☒  Suspension (number of days): 2
- o  Termination

Employee Signature and date: Employee to sign. Documention given to employee

Manager Signature and date: X   9-19-24

HR Signature and date filed: _____

99 Ash Street | East Hartford, CT 06108 | 860-291-7000
www.kiaeast.com

9. I filed charges with the:

☑ Equal Employment Opportunity Commission

☑ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 12-10-25.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: See attach sheet

_____

_____

_____

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐ Injunctive orders (specify the type of injunctive relief sought): _____

_____;

☑ Backpay;

4

HAROLD JAMES
299 COURTLAND AVE
WATERBURY, CT 06705
860-417-8732


ABOUT TWO WEEKS PRIOR TO ELIMINATING MY POSITION THERE WAS AN AD ONLINE ON INDEED FOR SERVICE ADVISOR AS KIA HAD SERVICE ADVISOR ON MATERNITY LEAVE AND ONE GOING ON MATERNITY LEAVE LEAVING THE DEPARTMENT SHORT WHY WAS I NOT OFFERED MY OLD POSITION BACK AS MY POSITION AS INTERNAL SERVICE ADVISOR WAS BEING ELIMINATED? I EMAILED ALYSIA CYRS ON FEBRUARY , 3 2025 GOT NO RESPONSE. THIS IS RETALEATION FOR MY FILING.
ON MARCH ,31 2025 I WAS TOLD BE TIFFANY EVERITT ANOTHER SERVICE ADVISOR SHE WAS OFFERED THE INTERNAL SERVICE ADVISOR POSITION WHICH WAS SUPPOSEDLY
ELIMINATED.
ON NOVEMBER, 7 2025 SERVICE DIRECTOR CHRIS MORGADO SAID THE "N" THREE TIME READING A EMAIL RECEIVED FROM A CUSTOMER COMPLAINING ABOUT LYRICS PLAYED ON SPEAKERS THROUGHT SHOWROOM CUSTOMER DID NOT SPELL OUT THE "N" WORD JUST USE IT LIKE I DID CHRIS WHILE READING THE LETTER HE WOULD SAY THE WHOLE WORD THREE TIMES IN FRONT OF 3 BLACK EMPLOYEES TIA BENNET, CORBIN TEMPLE AND TIESHA ROLLINS HE IS SO COMFORTABLE USING THIS WORD.

Sunday
Feb 2, 2025
7:16 pm
on
InDeeD
Between
month
of
January
2025

Writer, you will play a crucial role in...

Just posted

### Auto Service Advisor, ASM, Dispatcher, Experience Req'd

KIA of East Hartford
East Hartford, CT

**$80,000 a year**

Organize and control the flow of service work through the service department in a professional, timely manner. Good customer service and communication skills.

6 days ago

### Warranty Service Manager

Traditions
Old Saybrook, CT

UC-61 (Rev. 12/17)

STATE OF CONNECTICUT DEPARTMENT OF LABOR

IMPORTANTE: TENGA ESTO TRADUCIDO INMEDIATAMENTE

## SECTION F - UNEMPLOYMENT NOTICE

**INSTRUCTIONS TO EMPLOYER:**

**It is your responsibility to give this entire packet to the separating employee at the time of separation, regardless of the reason for separation (see Section L below).** If it is not possible to give this packet to the employee at the time of separation, then mail the packet to the employee's last known address.

**INSTRUCTIONS TO EMPLOYEE:**
Go to www.FileCTUI.com, click the blue button labeled "File or Reopen Your Unemployment Claim"

### DO NOT SEND A COPY TO THE DEPARTMENT OF LABOR

### PLEASE BE SURE THAT ALL THE INFORMATION ENTERED BELOW IS CORRECT

| | |
|---|---|
| A. EMPLOYER CONNECTICUT REGISTRATION NUMBER | 08 - 04641 - 00 |
| B. EMPLOYER NAME | KIA OF EAST HARTFORD |
| C. EMPLOYER ADDRESS | 99 ASH ST EAST HARTFORD CT 06108 |
| D. EMPLOYEE NAME | JAMES, HAROLD |
| E. SOCIAL SECURITY NUMBER | 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 |
| F. NCCI CODE (for use only if this employee was employed in a CONSTRUCTION TRADE) | |
| G. START DATE | 4/15/2024 |
| H. LAST DAY WORKED | 1/31/2025 |
| I. RETURN TO WORK DATE (if definite) | / / |
| J. YEAR TO DATE EARNINGS | $ 4794.17 |
| K. WAGES FOR THE LAST WEEK OF WORK IF LESS THAN A FULL WEEK (Sunday - Saturday) | $ |

L. REASON FOR UNEMPLOYMENT:
[ ] Lack of Work  [ ] Voluntary Leaving  [ ] Discharge/Suspension  [ ] Leave of Absence
[✓] Other  Position Elimination

M. DID OR WILL THIS EMPLOYEE RECEIVE DISMISSAL PAY (i.e. TYPE: 1. SEVERANCE, 2. VACATION, 3. HOLIDAY, 4. OTHER) AFTER LAST DAY OF WORK?  [✓] YES  [ ] NO

| If yes, what type? | No. of hours/days covered | Amount | Dates Covered |
|---|---|---|---|
| Vacation | 24 hours | 480.- | Feb 3rd, 4th & 5th |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| EMPLOYER SIGNATURE | *[signature]* | TITLE | General Manager | DATE 1·31·2025 |
| TELEPHONE NUMBER | 860·291·7000 | FAX NUMBER | | |

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): _____;

☑ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Emotional Distress _____;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby   DO ☑   DO NOT ☐   demand a trial by jury.

_____   _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____   Harold James
Printed Name and address   Printed Name and address

_____
_____

( )   (860) 417-8732
Attorney's telephone   Plaintiff's telephone

                                    nuac@live.com
Email address if available   Email address if available

Dated: 1-5-2026

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____Waterbury CT._____ on __01-05-2026__.
       (location)                              (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/23/16)

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Boston Area Office**
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/10/2025

**To:** Mr. Harold James
299 courtland ave
WATERBURY, CT 06705
Charge No: 523-2025-00531

EEOC Representative and email:    NICHOLAS SOARES FULLER
INVESTIGATOR
NICHOLAS.SOARESFULLER@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 523-2025-00531.

On behalf of the Commission,

Digitally Signed By:Feng K. An
12/10/2025

Feng K. An
Area Office Director